**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

LEROY JACOBS, individually, and on behalf of all others
similarly situated,

    Plaintiff(s),

v.

HANWHA TECHWIN AMERICA, INC,

    Defendant(s).

Case No.  21 C 866
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

        which ☐ includes     pre–judgment interest.
            ☐ does not include pre–judgment interest.

    Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

    Plaintiff(s) shall recover costs from defendant(s).

---

☒    in favor of defendant(s), HANWHA TECHWIN AMERICA, INC,

    and against plaintiff(s) LEROY JACOBS, individually, and on behalf of all others similarly
situated

    Defendant(s) shall recover costs from plaintiff(s).

---

☐    other:

---

This action was *(check one)*:

☐ tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.
☐ tried by Judge ___ without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.


Date:   7/27/2021                                    Thomas G. Bruton, Clerk of Court

                                                     Claire E. Newman, Deputy Clerk